NEW-YORK,
May, 1809.

HOWLAND and others *against* LENOX and MAITLAND.

Jackson
v.
Denniston.

ON a question, as to the retaxation of the costs in this cause, *the court* said, that where witnesses are brought from another state, the time of their attendance can only be computed from the place of trial, coming and returning, to the boundary line of the state; and that the distance must be taken accordingly.

*Costs* of attendance of witnesses from another state, how taxed.